# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**KAMDEN-OUAFFO,**

       **Plaintiff,**

- *against* -

**BALCHEM CORP., ET AL.,**

       **Defendants.**

**ORDER**

17 Civ. 2810 (KMK)(PED)

**PAUL E. DAVISON, U.S.M.J.:**

  This matter has been referred to the undersigned for pretrial supervision. [Dkt. 75.]

  By Order dated January 16, 2019, this Court scheduled a conference for January 29, 2020. [Dkt. 78.] By letter dated January 17, 2020, defense counsel forwarded an email communication from plaintiff *pro se* stating as follows:

> Please take that [sic] Notice due to ongoing health issues, the Plaintiff anticipates that he will not be able to appear in person in Court on 01/29/20.
>
> Please advise the Court accordingly.

[Dkt. 70.] At the Court's request, defense counsel contacted plaintiff in an effort to reschedule the conference.[1] Defense counsel has forwarded a second email from plaintiff:

> Please advise the court that due to health reasons, the Plaintiff is not currently available for oral presentation/hearing. The Plaintiff has no prognosis on his medical situation at this time and it has been going on for some time.
>
> If there are any issues to be addressed you can put that on the docket and the Plaintiff will respond in writing.

---

[1] Chambers staff contacted defense counsel after multiple calls to plaintiff went unanswered.

In view of the foregoing, the Court directs as follows:

1. The January 29, 2020 conference will proceed as scheduled in Courtroom 420. As an accomodation to plaintiff's health issues, plaintiff is granted leave to participate telephonically. Plaintiff shall call (914) 390-4250 at 11:00 a.m. for this purpose.

2. Plaintiff is advised that the Court will at that time consider defendants' objections to certain discovery demands recently promulgated by plaintiff as set forth in a letter to Judge Karas dated January 6, 2020. [Dkt. 71.] The Court has and will consider plaintiff's responsive letter dated January 7, 2020. [Dkt. 76.]

3. Plaintiff is admonished that any further requests for adjournments or other relief should be submitted to directly to the Court.

Dated: January 23, 2020
       White Plains, New York

SO ORDERED

_____
Paul E. Davison, U.S.M.J.

Copy mailed to:

**Ricky Kamdem-Ouaffo**
301 Cozzens Court
East Brunswick, NJ 08816[2]

---

[2] In an excess of caution. The docket reflects that plaintiff receives ECF notification. [Dkt. 8.]