UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RICKY KAMDEN-OUAFFO,

                    Plaintiff,                ORDER

v.

                                       7:17-cv-2810 (PMH)

BALCHEM CORPORATION, et al.,

                    Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Plaintiff is directed to respond, by May 26, 2020, to Defendants' letter dated January 10, 2020 (*see* Doc. 73) regarding Defendants' intent to move to dismiss Plaintiff's complaint in the related case: *Kamden-Ouaffo v. Balchem Corp., et al.*, No. 7:19-cv-09943.

Dated:  New York, New York           **SO ORDERED.**
         May 18, 2020

                                                        _____
                                                        Philip M. Halpern
                                                       United States District Judge