UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICKY KAMDEM-OUAFFO, <br><br> Plaintiff, <br><br> Vs. <br><br><br> BALCHEM COPORATION, <br><br> GIDEON OENGA (In Personal Capacity and/or in Capacity with Balchem Corporation) <br><br> BOB MINIGER (In Personal Capacity and/or in Capacity with Balchem Corporation) <br><br> RENEE McCOMB (In Personal Capacity and/or in Capacity with Balchem Corporation) <br><br> THEODORE HARRIS, CEO (In Personal Capacity and/or in Capacity with Balchem Corporation) <br><br> JOHN KUEHNER (In Personal Capacity and/or in Capacity with Balchem Corporation) <br><br> TRAVIS LARSEN (In Personal Capacity and/ or in Capacity with Balchem Corporation) <br><br> MICHAEL SESTRICK (In Personal Capacity and/or in Capacity with Balchem Corporation) <br> Defendants. | **Case #** <br><br> **17-cv-02810-KMK-PED** <br><br><br><br><br> **NOTICE OF MOTION PURSUANT TO THE FED. R. CIV. P. RULE 72(b)(2)** |

**TO: ALL DEFENDANTS AND TO THE COURT**

PLEASE, TAKE NOTICE that on a date and time to be determined by the Court, the Plaintiff will appear before Hon. Halpern, U.S.D.J. at the US District Court for the Southern District of New York situated at 300 Quarropas St, White Plains, NY 10601, for an Order pursuant to the Fed. R. Civ. P. Rule 72(b)(2) to *"reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instruction"* concerning the Magistrate Judge's [ECF # 131] Scheduling Order.

1

The Plaintiff's Motion will be supported by the Plaintiff's [ECF # 132] "***NOTICE AND OBJECTIONS TO THE MAGISTRATE JUDGE'S [ECF # 131] SCHEDULING ORDER***" as unopposed, and by documents currently on the docket.

The time and the date of the Plaintiff's motion for Summary Judgement will be set by the Court.

**Date:** 06/30/2020

>     **Ricky Kamdem-Ouaffo**
>     **P.O. Box 381**
>     **New Brunswick, NJ 08903**
>     **Tel: 1 732 763 8622**
>     **E-mail (For ECF)**: rickykamer@gmail.com

---

Defendants are directed to respond to Plaintiff's Notice of Objections to the Magistrate Judge's Scheduling Order (Doc. 132) by July 17, 2020.

SO ORDERED.

_____
Philip M. Halpern, U.S.D.J.

Dated: New York, NY
      July 14, 2020

---

2