Copies mailed
chambers of Judge Davison

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAMDEM-OUAFFO,

                            Plaintiff,

- *against* -

BALCHEM CORP., ET AL.,

                            Defendants.

**ORDER**

17 Civ. 2810 (KMK)(PED)

---

**PAUL E. DAVISON, U.S.M.J.:**

Defendants have filed a motion seeking assorted relief, including terminating sanctions. [Dkts. 171-72.] Plaintiff's opposition is due September 8, 2020. [Dkt. 166.]

However, the Court **GRANTS** so much of the motion as seeks an Order compelling plaintiff to appear for a deposition by oral examination. *See* Rule 30(a)(1), Fed. R. Civ. P. ("A party may, by oral questions, depose any person, including a party[.]") In view of the ongoing public health crisis, the Court directs that the deposition may be conducted by remote means in accordance with Rule 30(b)(4). Plaintiff is directed to cooperate with defense counsel in making suitable arrangements for his remote deposition, which is to occur before October 15, 2020.

**PLAINTIFF IS ADVISED THAT IT HE FAILS TO ATTEND AND COMPLETE HIS DEPOSITION, THE COURT MAY IMPOSE SANCTIONS PURSUANT TO RULE 37(d)(1)(A)(I), WHICH MAY INCLUDE AN ORDER DISMISSING THIS ACTION.**

The Court reserves decision as to the balance of defendants' motion.

Dated: September 1, 2020
       White Plains, New York

SO ORDERED

Paul E. Davison, U.S.M.J.

Copy mailed to:

**Ricky Kamdem-Ouaffo**
301 Cozzens Court
East Brunswick, NJ 08816[1]

---

[1] In an excess of caution. The docket reflects that plaintiff receives ECF notification. [Dkt. 8.]