UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

RICKY KAMDEN-OUAFFO,                           **ORDER**

              Plaintiff,                 17-CV-02810 (PMH)

v.

BALCHEM CORP. et al.,

              Defendants.

----------------------------------------------------------X

By motion dated September 1, 2020, Plaintiff moved this Court, pursuant to Fed. R. Civ. P. 72, to modify or reject Magistrate Judge Davison's Order compelling Plaintiff to appear for a deposition by remote means. (*See* Docs. 173–76). Defendants have not filed an opposition to Plaintiff's Rule 72 Application. Defendants are directed to file an opposition to Plaintiff's Rule 72 Application by September 18, 2020.

Dated:  New York, New York
        September 16, 2020

                                            SO ORDERED:

                                            Philip M. Halpern
                                            United States District Judge