*Copies mailed 10/23/20*
*Chambers of Judge Davison*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/20

KAMDEN-OUAFFO,

                Plaintiff,

- *against* -

BALCHEM CORP., ET AL.,

                Defendants.

**ORDER**

17 Civ. 2810 (KMK)(PED)

**PAUL E. DAVISON, U.S.M.J.:**

    Defendants seek leave to move for sanctions related to plaintiff's failure to appear for a court-directed deposition on October 13, 2020. [Dkt. 196.]   Leave to so move is **GRANTED.**

    Defendants shall file their motion on or before **November 2, 2020.**  Plaintiff may file any responsive papers no later than **November 16, 2020.**  Any reply shall be served no later than **November 23, 2020.**

    The Clerk shall close Dkt. 196.

Dated: October 23, 2020
       White Plains, New York

**SO ORDERED**

Paul E. Davison, U.S.M.J.

Copy mailed to:

**Ricky Kamdem-Ouaffo**
301 Cozzens Court
East Brunswick, NJ 08816[1]

---

[1]In an excess of caution.  The docket reflects that plaintiff receives ECF notification. [Dkt. 8.]