UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICKY KAMDEN-OUAFFO,

                      Plaintiff,

v.                                                        **ORDER**

BALCHEM CORP., et al,                            17-CV-2810 (PMH)

                      Defendants.
-------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

Plaintiff has filed multiple letter requests via ECF to which Defendants have not responded. Accordingly, the Court directs Defendants to respond, by December 15, 2020, to Plaintiff's outstanding letters including:

- Doc. 189: Plaintiff's motion for reconsideration
- Doc. 195: Plaintiff's objections to Magistrate Judge Davison's ruling(s)
- Doc. 197: Plaintiff's request for discovery rulings from the District Court
- Doc. 200: Plaintiff's objections to Magistrate Judge Davison's ruling(s)
- Doc. 206: Plaintiff's objections to Magistrate Judge Davison's ruling(s)
- Doc. 208: Plaintiff's pre-motion letter seeking permission to move for summary judgment pursuant to Federal Rule of Civil Procedure 56

                                                                **SO ORDERED:**

Dated: New York, New York
       December 1, 2020

                                                            Philip M. Halpern
                                                            United States District Judge