UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICKY KAMDEM-OUAFFO,<br><br>                    Plaintiff,<br><br>Vs.<br><br><br>BALCHEM COPORATION,<br><br>GIDEON OENGA (In Personal Capacity and/or in Capacity with Balchem Corporation)<br><br>BOB MINIGER (In Personal Capacity and/or in Capacity with Balchem Corporation)<br><br>RENEE McCOMB (In Personal Capacity and/or in Capacity with Balchem Corporation)<br><br>THEODORE HARRIS, CEO (In Personal Capacity and/or in Capacity with Balchem Corporation)<br><br>JOHN KUEHNER (In Personal Capacity and/or in Capacity with Balchem Corporation)<br><br>TRAVIS LARSEN (In Personal Capacity and/ or in Capacity with Balchem Corporation)<br><br>MICHAEL SESTRICK (In Personal Capacity and/or in Capacity with Balchem Corporation)<br>Defendants. | Case # 17-cv-02810-PMH-PED<br><br><br><br>**NOTICE OF MOTION For The Clarification Or The Re-Argument Of The Grounds Upon Which The Court Granted The Defendants' [ECF # 249] Motion For Attorney Fees And Expenses Associated With The So-Called 10/13/2020 Court Ordered Deposition** |

**TO: ALL DEFENDANTS AND TO THE COURT**

**PLEASE, TAKE NOTICE** that Pursuant to the Fed. R. Civ. P. Rule 59(a)(2) and L. Civ. R. Rule 6.3, the Muslim Plaintiff hereby appears before Hon. Halpern, U.S.D.J. at the US District Court for the Southern District of New York situated at 300 Quarropas St, White Plains, NY 10601, to apply for the Clarification And/Or the Re-argument of the grounds upon which the court granted the defendants' [ECF # 249] Motion for attorney fees and expenses associated with the so-called 10/13/2020 court ordered deposition.

1

2

      The motion will be supported by a Brief and the Exhibits attached there onto.

**Date:** 04/06/2022

                                              /S/ Ricky Kamdem-Ouaffo
                                              P.O. Box 381
                                              New Brunswick, NJ 08903
                                              Tel: 1 732 763 862
                                              E-mail (For ECF): rickykamer@gmail.com

---

Defendants are directed to respond to Plaintiff's Motion for Clarification at ECF 277 by April 29, 2022.

SO ORDERED.

_____
Philip M. Halpern, U.S.D.J.

Dated: New York, NY
        April 22, 2022

2