UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICKY KAMDEM-OUAFFO,<br><br>                              Plaintiff,<br><br>Vs.<br><br><br>BALCHEM COPORATION,<br><br>GIDEON OENGA (In Personal Capacity and/or in Capacity with Balchem Corporation)<br><br>BOB MINIGER (In Personal Capacity and/or in Capacity with Balchem Corporation)<br><br>RENEE McCOMB (In Personal Capacity and/or in Capacity with Balchem Corporation)<br><br>THEODORE HARRIS, CEO (In Personal Capacity and/or in Capacity with Balchem Corporation)<br><br>JOHN KUEHNER (In Personal Capacity and/or in Capacity with Balchem Corporation)<br><br>TRAVIS LARSEN (In Personal Capacity and/ or in Capacity with Balchem Corporation)<br><br>MICHAEL SESTRICK (In Personal Capacity and/or in Capacity with Balchem Corporation)<br>Defendants. | **Case # 17-cv-02810-PMH-PED**<br><br><br><br>**NOTICE OF MOTION For The Clarification Or The Re-Argument Of The Grounds Of The Denial Of The Plaintiff's [ECF # 258] Motion To Vacate [ECF # 244] Order As Void Pursuant To The Fed. R. Civ p. Rule 60(b)(4)** |

**TO: ALL DEFENDANTS AND TO THE COURT**

**PLEASE, TAKE NOTICE** that Pursuant to the Fed. R. Civ. P. Rule 59(a)(2) and L. Civ. R. Rule 6.3, the Muslim Plaintiff hereby appears before Hon. Halpern, U.S.D.J. at the US District Court for the Southern District of New York situated at 300 Quarropas St, White Plains, NY 10601, to apply for the Clarification And/Or the Re-argument of the grounds of the Denial by the Court of the Muslim Plaintiff's [ECF # 258] Motion to Vacate the Court's [ECF # 244] Orders and Judgments as VOID under the Fed. R. Civ. P. Rule 60(b)(4) "*The Order Is Void*".

1

 The motion will be supported by a Brief and the Exhibits attached there onto.

**Date:** 04/05/2022

/S/ Ricky Kamdem-Ouaffo
P.O. Box 381
New Brunswick, NJ 08903
Tel: 1 732 763 862
E-mail (For ECF): rickykamer@gmail.com

---

Defendants are directed to respond to Plaintiff's Motion for Clarification at ECF 275 by April 29, 2022.

SO ORDERED.

_____
Philip M. Halpern, U.S.D.J.

Dated: New York, NY
      April 22, 2022