UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
RICKY KAMDEM-OUAFFO,

                Plaintiff,

     -against-

BALCHEM CORPORATION, et al.

                Defendants.
-------------------------------------------------------x

No. 17 CV 02810-LTS-PMH-PED

## ORDER

      The Court has received and reviewed Plaintiff's "Application for the Referral of US Judge Halpern, Magistrate Judge Davison, and the D[e]fendants' Attorneys for Disciplinary Investigation and/or Sanctions" and "Erratum Sheet for [ECF #283]."  To the extent Plaintiff seeks action based on his allegations of judicial misconduct, Plaintiff's request is improperly directed to the undersigned in her capacity as Chief Judge because such complaints are properly directed to the "clerk of the court of appeals for the circuit." 28 U.S.C.A. § 351(a) (Westlaw through P.L. 117-102).  To the extent Plaintiff is requesting that the undersigned make or alter any rulings in the above case, the request is denied.  The Chief Judge does not have authority to take such action in cases assigned to other members of the Court.

In addition to the address on the docket, the Clerk of Court is respectfully directed to mail a copy of this order to Mr. Kamdem-Ouaffo at the below address.

SO ORDERED.

Dated: New York, New York
April 27, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

Copy mailed to:
Ricky Kamdem-Ouaffo
86 Bayard Street, No. 381
New Brunswick, NJ 08903