UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICKY KAMDEM-OUAFFO,

        Plaintiff,

-against-

BALCHEM CORPORATION, et al.,

        Defendants.

**ORDER**

17-CV-02810 (PMH)

PHILIP M. HALPERN, United States District Judge:

    On August 8, 2024, the Second Circuit issued its Mandate affirming the denial of several of Plaintiff's post-judgment motions. (Doc. 323). On January 23, 2025, Plaintiff filed his first of five letter-motions seeking, *inter alia*, Rule 60(b) relief and this Court's recusal. (Doc. 324—Doc. 333). Defendants have not filed any response to Plaintiff's filings to date. The Court, in the related case, *Kamdem-Ouaffo v. Balchem Corporation, et al.*, Docket No. 19-CV-09943, issued an Order directing Defendants to respond to Plaintiff's letter-motions seeking similar relief in that matter, which response was timely filed on February 12, 2025.

    Defendants are directed to file their response to Plaintiff's letter-motions in this action by March 4, 2025.

**SO ORDERED:**

Dated: White Plains, New York
       February 25, 2025

_____
Philip M. Halpern
United States District Judge