UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICKY KAMDEM-OUAFFO,<br><br>      Plaintiff,<br><br>-against-<br><br>BALCHEM CORPORATION, et al.,<br><br>      Defendants. | **ORDER**<br><br>17-CV-02810 (PMH)<br><br>19-CV-09943 (PMH) |

PHILIP M. HALPERN, United States District Judge:

  Leave to file motions for reconsideration of this Court's March 27, 2025 Order—which denied leave to file proposed motions under Rule 60(b) of the Federal Rules of Civil Procedure and for recusal (*Kamdem I* Doc. 340; *Kamdem II* Doc. 119)—is DENIED.

  The filing injunction entered on April 13, 2023 remains in place.

  The Clerk of Court is respectfully directed to: (i) terminate the letter-motion pending at Doc. 343 in 17-CV-02810; (ii) terminate the letter-motion pending at Doc. 122 in 19-CV-09943; and (iii) reject future submissions from Plaintiff that are filed without leave of the Court.

                 **SO ORDERED:**

Dated: White Plains, New York
   April 9, 2025

                 _____
                 Philip M. Halpern
                 United States District Judge